# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>PIONEER ELECTRONICS (USA) INC.,<br><br>                    Defendant. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Display Technologies, LLC is a Texas limited liability company. Display Technologies, LLC has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: October 11, 2017

Of Counsel:

Thomas C. Wright, Ph.D.
Alex J. Whitman
CUNNINGHAM SWAIM, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (#4952)
Sara E. Bussiere (#5725)
600 North King Street
Suite 400
Wilmington, DE 19801
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*