## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 17-1426-RGA |
| PHILIPS NORTH AMERICA LLC, | ) |
| Defendant. | ) |
| DISPLAY TECHNOLOGIES, LLC. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 17-1427-RGA |
| PIONEER ELECTRONICS (USA) INC., | ) |
| Defendant. | ) |

**MOTION AND [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves the admission pro hac vice of Thomas C. Wright of Cunningham Swaim, LLP to represent Plaintiff Display Technologies, LLC in the above-captioned matter. Pursuant to this Court's Standing Order effective March 25, 2014, I certify that the annual fee of $25.00 will be submitted for this applicant.

| | |
|---|---|
| Dated: October 19, 2017 | BAYARD, P.A. |
| OF COUNSEL: | |
| Thomas C. Wright<br>Cunningham Swaim, LLP<br>7557 Rambler Road, Suite 400<br>Dallas, TX 75231<br>(214) 646-1495<br>twright@cunninghamswaim.com | /s/ Stephen B. Brauerman<br>Stephen B. Brauerman (No. 4952)<br>Sara E. Bussiere (No. 5725)<br>600 North King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com |
| | *Attorneys for Plaintiff Display Technologies, LLC* |

**IT IS SO ORDERED** this _____ day of _____, 2017.

_____
United States District Judge