# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PIONEER & ONKYO U.S.A. CORPORATION,<br><br>　　　　　　Defendant. | C.A. No. 17-1427-RGA |

## STIPULATION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

　　Plaintiff Display Technologies, LLC and Defendant Pioneer & Onkyo U.S.A. Corporation file this Stipulation to Stay All Deadlines and Notice of Settlement.

　　The parties have reached an agreement to settle the case between them and seek additional time to finalize settlement. Subject to the Court's approval, the parties to this action, by and through their undersigned counsel, hereby stipulate and agree stay all deadlines of the case by sixty days so that the settlement agreement may be finalized and dismissal papers submitted.

Dated:  May 2, 2018

 */s/ Sara E. Bussiere*　　　　　　　　　　　　　 */s/ Thatcher A. Rahmeier*
Stephen B. Brauerman (#4952)　　　　　　　Thatcher A. Rahmeier (#5222)
Sara E. Bussiere (#5725)　　　　　　　　　　DRINKER BIDDLE & REATH LLP
BAYARD, P.A.　　　　　　　　　　　　　　222 Delaware Avenue, Ste. 1410
600 North King Street　　　　　　　　　　　Wilmington, DE 19801
Suite 400　　　　　　　　　　　　　　　　　(302) 467-4220
Wilmington, DE 19801　　　　　　　　　　　thatcher.rahmeier@dbr.com
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com　　　　　　　　　　*Attorney for Defendant Pioneer & Onkyo*
　　　　　　　　　　　　　　　　　　　　　*U.S.A. Corporation*
*Attorneys for Plaintiff Display Technologies,*
*LLC*

SO ORDERED this _____ day of _____, 2018.

_____
United States District Judge