### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br> v.<br><br>PIONEER & ONKYO U.S.A. CORPORATION<br><br>      Defendant. | C.A. No. 17-1427-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of Display Technologies, LLC claims are hereby dismissed WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.  The defendant has not answered or filed a motion for summary judgment.

| | |
|---|---|
| Dated: June 15, 2018 | BAYARD, P.A. |
| Of Counsel: | */s/ Stephen B. Brauerman* |
| | Stephen B. Brauerman (#4952) |
| Thomas C. Wright, Ph.D. | Sara E. Bussiere (#5725) |
| Alex J. Whitman | 600 North King Street |
| CUNNINGHAM SWAIM, LLP | Suite 400 |
| 7557 Rambler Road, Suite 400 | Wilmington, DE 19801 |
| Dallas, TX 75231 | (302) 655-5000 |
| Telephone: (214) 646-1495 | sbrauerman@bayardlaw.com |
| twright@cunninhamswaim.com | sbussiere@bayardlaw.com |
| awhitman@cunninghamswaim.com | |
| | *Attorneys for Plaintiff* |